M. Anderson Berry (SBN 262879)
*aberry@justice4you.com*
Gregory Haroutunian (SBN 330263)
*gharoutunian@justice4you.com*
Brandon P. Jack (SBN 325584)
*bjack@justice4you.com*
**CLAYEO C. ARNOLD**
**A PROFESSIONAL CORPORATION**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Fax: (916) 924-1829

J. Gerard Stranch, IV (TN BPR 23045)*
*gstranch@stranchlaw.com*
Robert Bruce Grayson Kent Wells (TN BPR 039658)*
*gwells@stranchlaw.com*
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
(615) 254-8801

*Pro Hac Vice

*Attorneys for Plaintiff*
*SHEA HOOVER individually and*
*on behalf of all others similarly situated*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEA HOOVER, individually and on behalf of all others similarly situated, | CASE NO. 2:24-cv-10794-WLH-PVC |
| Plaintiffs, | **DECLARATION OF J. GERARD STRANCH, IV IN SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| vs. | |
| ASM GLOBAL PARENT, INC, | |
| Defendants. | |

///

///

///

///

I, J. Gerard Stranch, IV, am over the age of eighteen years. I offer this declaration in my capacity as one of the attorneys for Shea Hoover (hereinafter, "Plaintiff"), Individually, and on behalf of all others similarly situated, in the above styled action, in support of the unopposed Motion for Preliminary Approval of the proposed settlement in this case with Defendant, ASM Global Parent, Inc. ("ASM" or "Defendant," and, together with Plaintiff, the "Parties" or the "Settling Parties"). I have personal knowledge of the facts recited in this Declaration, and if called upon to testify to the truth of the statements below, I could and would do so:

1.      I am a licensed attorney in private practice in the State of Tennessee. The law firm I work for as managing partner is Stranch, Jennings & Garvey, PLLC.

2.      I am co-counsel of record for Plaintiff in this action, along with M. Anderson Berry and Gregory Haroutunian of Clayeo C. Arnold, A Professional Corporation, and Grayson Wells of Stranch, Jennings & Garvey, PLLC ("Proposed Settlement Class Counsel"), who will move the Court in the Motion for Preliminary Approval to be appointed Settlement Class Counsel.

3.      This case arises from a Data Security Incident to Defendant's systems in October 2023, in which Plaintiff's and the proposed Class Members' personal information was unauthorizedly accessed by cybercriminals, including their names, Social Security numbers, and dates of birth, causing widespread injury and damages (the "Data Security Incident"). Complaint ¶¶ 2, 3.

4.      Recognizing the benefits of an early resolution, after the filing of the Complaint and over the course of the next six (6) months, the Parties engaged in extensive, arm-length settlement negotiations, eventually reaching an agreement

MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT

as to the substantive relief for the Class, subject to Court approval.

5.  Prior to beginning settlement negotiations, the Parties exchanged key information, including as to the size of the class, the types of Private Information accessed in the Data Security Incident, and ASM's investigation into and response to the breach. Before any Settlement terms were negotiated, Proposed Class Counsel communicated with Plaintiff, analyzed the informal discovery produced by Defendant in advance of mediation, and developed a thorough understanding of the complex technical issues underlying the claims and defenses in this matter, as well as the applicable laws of California and other relevant jurisdictions.

6.  Armed with this information, the Parties spent over five (5) months negotiating the key terms of the Settlement. Throughout the negotiations, Settlement Class Counsel and counsel for Defendant fought vigorously for the interests of their respective clients, eventually culminating in the proposed Settlement.

7.  Thereafter, the Parties continued to negotiate about the details of the written Settlement Agreement, spending significant time and effort to do so.

8.  Under the Settlement, Defendant shall establish a **common fund of $350,000.00** ("Settlement Fund") for payment of (1) Class Members' claims for Out-of-Pocket Expenses; (2) *pro rata* payments to Settlement Class Members who submit a claim for Out-of-Pocket Expense reimbursement from the Settlement Remainder; (3) the costs of settlement administration and notice; (4) a service award to the Representative Plaintiff of $3,000, if approved; (5) Attorneys' fees, not to exceed twenty-five percent (25%) of the Settlement, if

approved by the Court; and, (6) litigation expenses not to exceed $10,000, if approved by the Court. Settlement Agreement ("SA") ¶¶ 1.29, 2.2. 2.5., 7.2-7.3

9.    The Settlement provides benefits to the Settlement Class which are targeted to address the specific harms caused by the Data Security Incident in this action. Specifically, the Settlement provides:

a.    **Compensation for Out-of-Pocket Expenses***:* Under the Settlement, Settlement Class Members may each receive up to $10,000.00 for reimbursement of Out-of-Pocket Expenses relating to the Data Security Incident, if: (1) the loss is an actual, documented and unreimbursed monetary loss; (2) the loss was related to the Data Security Incident; (3) the loss occurred between October 10, 2023, and the Claims Deadline; and (4) the member of the Settlement Class was not previously reimbursed for the claimed expense or loss. SA ¶ 2.2.

b.    **Claims Process:** Settlement Class Members may access this Out-of-Pocket Expenses reimbursement benefit merely by submitting a timely Claim, with appropriate documentation, prior to the deadline (120 days following the Court granting preliminary approval[1]), via U.S. Mail or online via the Settlement Website. *Id*. 2.3. The Claim Form must be verified by the Class Member, but is easily accessible and does not need to be notarized. *Id*. Settlement Class Members must submit reasonable documentation that the out-of-pocket expenses and charges claimed were both actually incurred and plausibly arose from the Data Security Incident. *Id*.

c.    ***Pro Rata* Payments**: Under the Settlement, all Settlement Class Members who submit claims for Out-of-Pocket Expense Reimbursement

---

[1] The Claims deadline is 90 days after the commencement of the Notice program, which is 30 days after Preliminary Approval.

MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT

will receive a *pro rata* payment out of the **Settlement Remainder**, or from the monies remaining in the Settlement Fund after payment of Out-of-Pocket Expense claims, the costs of administration, the service award, and attorneys' fees and costs. The *pro rata* payments will be made as follows: one (1) share of the Settlement Remainder to each Claimant who is not a California resident, and an additional two (2) shares of the Settlement Remainder to each Claimant that is a California Resident. *Id*. ¶¶ 2.5, 1.30. Settlement Class Members need not make a claim separate from the claim for Out-of-Pocket Expense reimbursement to claim this benefit.

   **d.** **Business Practice Changes:** Further still, under the Settlement, in response to the Data Security Incident, Defendant has implemented certain administrative and technical cybersecurity enhancements ("Business Practices Changes."). While the Parties have agreed to keep these measures confidential, ASM has agreed to provide a declaration as to these enhancements, which it will provide to the Court for in camera review, should the Court request it. *Id*. ¶ 2.6.

   10. Considering the relevant factors, the terms of the Settlement are well within the range of possible final approval. Based on the investigation and the negotiations described above, Proposed Settlement Class Counsel have concluded that the proposed settlement is easily fair, reasonable, adequate, and in the best interests of the putative Class.

   11. Under the Settlement, Proposed Class Counsel will file a request for an award of attorneys' fees of twenty-five percent (25%) of the Settlement Fund, or $87,500.00. *See Id*. ¶ 7.2. The Parties did not discuss the payment of attorneys'

fees, costs, expenses until after the substantive terms of the Settlement were reached. *Id*. 7.1. The Partes did not discuss any award of attorneys' fees until after agreeing on all substantive Settlement terms with ASM for the benefit of the Settlement Class.

12. Further, pursuant to the Settlement, Proposed Class Counsel will seek a service award for Plaintiff of $3,000.00. These were agreed upon only after the primary terms of the Settlement to the Settlement Class were negotiated and the Settlement Agreement is not contingent upon the award of any amount to Proposed Class Counsel.

13. The result contained in the Settlement is particularly favorable given the risks of continued litigation. Although Class Counsel strongly believe in the merits of the claims asserted in this action, they are cognizant of the serious risks in prevailing on the merits, including proving causation, as well as risk at class certification and at trial, and surviving appeal.

14. A settlement today not only avoids the risks of continued litigation, but it provides immediate, tangible benefits to the members of the Settlement Class now as opposed to after years of risky litigation. The Settlement benefits unquestionably provide a favorable result to the members of the Settlement Class, placing the Settlement well within the range of possible final approval. Accordingly, Proposed Class Counsel believe that the Settlement is an excellent outcome for the Settlement Class in view of the possible issues that could arise during litigation.

15. Plaintiff has demonstrated that she is well-suited to represent the Settlement Class, and has been an active participant. She came forward prior to

the filing of the initial Complaint and has been involved in this matter since that time. Plaintiff has maintained contact with counsel, assisted in the investigation of the case, reviewed the Complaint, remained available for consultation throughout the settlement negotiations, reviewed the Settlement Agreement, and answered counsel's relevant questions. Plaintiff does not have any conflicts with the proposed class and has adequately represented Settlement Class Members in the litigation.

16.    Moreover, Plaintiff and her counsel have devoted considerable time and resources to this litigation and have shown a deft understanding of the issues in this Action and believe this settlement will make Class Members whole. Prior to filing the Complaint, Proposed Class Counsel carried out a thorough investigation of the claims, including reviewing Defendant's notices of the Data Security Incident, researching the incident and Defendant's response, and investigating applicable legal claims.

17.    Proposed Class Counsel have unique, significant expertise in litigating data breach class actions. The firm resumes of Proposed Class Counsel, M. Anderson Berry and Gregory Haroutunian of Clayeo C. Arnold, A Professional Corporation, J. Gerard Stranch, IV, and Grayson Wells of Stranch, Jennings & Garvey, PLLC, detailing their experience and qualifications are attached hereto as **Exhibits A-B**. For example, I have extensive experience successfully litigating data breach class actions like the instant, in state and federal courts across the country, often with leadership appointments.[2]

---

[2] *See,* e.g., *In re MoveIt Customer Data Security Breach Litigation,* MDL No. 1:23-md-03083-ADB (D. Mass.) (data breach MDL involving the compromise of millions of individuals' personal information); *McKenzie v. Allconnect, Inc.,* No. 5:18-cv-00359-JMH (E.D. Ky.) (data breach class action settlement providing $100 direct cash payments to every single class member without the need for any claim form

MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT

18. The Notice program provides the best practicable method to reach the potential Settlement Class Members and is consistent with other class action notice programs that have been approved by various courts for similarly situated matters, including a Short Form Notice (SA Exhibit A) mailed by first class United States Postal Service ("USPS") mail to the Settlement Class, and a Long Form Notice (SA Ex. B) to be posted on the Settlement Website.

19. Both the Short Form Notice and Long Form Notice are written in plain language such that they will be readily understandable to the Settlement Class, and set forth a fair summary of the parties' respective litigation positions, the general terms of the settlement, instructions for how to object to or opt-out of the settlement, the process and instructions for making claims to the extent contemplated herein, and the date, time and place of the Final Fairness Hearing. *Id*. ¶ 3.1.

20. Pursuant to Fed. R. Civ. P. 23(e), there is no other agreement

---

submission); *Goodlett v. Brown-Forman,* No. 20-CI-005631 (Jefferson Cnty. Ky. Cir. Ct.); *In re CorrectCare Data Breach Litig.,* No. 5:22-319-DCR (appointed interim co-lead counsel); *Berthold, et al. v. Norton Healthcare, Inc., et al.,* No. 23-CI-003349 (Jeff. Cnty., Ky. Cir. Ct.) (appointed co-lead interim class counsel in consolidated data breach class action impacting at least 2.5 million patients and employees); *Lurry v. Pharmerica Corp.,* No. 3:23-cv-00297-RGJ (W.D. Ky.) (appointed interim lead class counsel in consolidated data breach class action); *Reese v. Teen Challenge Training Ctr., Inc.,* No. 210400093 (Phil. Cnty. Pa. Ct. of Comm. Ple.) (final approval granted Nov. 14, 2023); *Black v. Smith Transport, Inc.* No. 2022 GM 3110 (Blair Cnty. Pa. Ct. of Comm. Ple.); *Wermann, et al. v. Med. Assoc. Lehigh Valley, P.C.,* No. 2022-C-2356 (Lehigh Cnty. Pa. Ct. of Comm. Pl.); *Slos v. Select Health Network,* No. 71D05-2022-PL-000060 (St. Joseph Super. Ct. Aug. 5, 2021); *Jones v. Methodist Hospital, Inc.*, No. 45C01-1911-CT-001201 (Lake Cnty. Super. Ct.); *Baldwin v. Nat'l W. Life Ins. Co.,* No. 2:21-cv-04066-WJE (W.D. Mo.); *In re BJC Healthcare Data Breach Litig.,* No. 2022-CC09492 (Mo. Cir. Ct.); *Marshall v. Conway Reg. Med. Ctr., Inc.,* No. 23CV-20-771 (Ark. Cir. Ct.); *Crawford v. thyssenkrupp Materials NA, Inc.,* No. 2122-CC00411 (Mo. Cir. Ct.) (same); *Carr v. Beaumont Health,* No. 2020-181002-NZ (Mich. Cir. Ct.); *Goetz v. Benefit Recovery Specialists, Inc.,* No. 2020CV000550 (Wis. Cir. Ct.); *Monegato v. Fertility Cts. of Ill.*, *PLLC*, No. 2022 CH 00810 (Cook Cnty. Cir. Ct.); *Larson v. Aditi Consulting, LLC,* No. 22-2-03572-2 SEA (King Cnty., Wash. Sup. Ct.) (final approval granted July 14, 2023); *Carr v. S. Country Health Alliance*, No. 74-CV-21-632 (Steele Cnty. Minn. Dist. Ct.) (final approval granted November 6, 2023); *Owens, et al. v. U.S. Radiology Specialists, et al.*, No. 22 CVS 17797 (Mecklenburg, N.C. Sup. Ct.) (final approval granted); *Gilbert, et al. v. Bioplus Specialty Pharmacy Servs., LLC,* No. 6:21-cv-02158-RBD-DCI (M.D. Fla.) (preliminary approval granted); *In re CorrectCare Data Breach Litig.*, No. 5: 22-319-DCR (E.D. Ky.).

MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT

between the Parties other the proposed Settlement Agreement which bears upon this matter.

21.     Lastly, we selected Simpluris as the settlement administrator in this case after a competitive bidding process. Simpluris is highly experienced in data breach matters, our firms have worked with Simpluris on many settlements, and it was the lowest bid presented here.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Sworn this 26th day of June, 2025 at Nashville, Tennessee.


                                    */s/ J. Gerard Stranch, IV*
                                    J. Gerard Stranch, IV

MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT

# EXHIBIT A





**Arnold Law Firm Biography**

**Sacramento Office**
865 Howe Avenue
Sacramento, CA 95825
916-777-7777
916.239.4778 (d)
415.595.3302 (c)

**Los Angeles Office**
12100 Wilshire Boulevard
Suite 800
Los Angeles, CA 90025
Phone: 747.777.7748

**justice4you.com**

Founded in 1975 by Clayeo C. Arnold, the Arnold Law Firm is a litigation-oriented practice with locations in Sacramento and Los Angeles, California. In keeping with its founding principles, our firm consciously works for the interests of individual people and small businesses — not for large corporations or insurance companies.

The Arnold Law Firm prosecutes class action, mass tort, *qui tam*, product defect, employment, and personal injury cases. We pride ourselves on being a practice of trial lawyers, typically trying a minimum of ten cases per year to verdict. In addition to our practice throughout the state of California in both state and federal courts, we also pursue class action, *qui tam* and multi-district litigation claims on a nationwide basis.

Our team of ten attorneys collectively encompass a broad and diverse professional background, including plaintiff contingency work, public entity representation, criminal defense, and civil defense. We have current and past board members of Capital City Trial Lawyers Association, as well as members of numerous prestigious professional organizations, including the American Board of Trial Advocates, American Association for Justice, Association of Trial Lawyers of America, Sacramento County Bar Association, and Consumer Attorneys of California.

Our firm's operating structure is comprised of multiple teams directed towards specific practice areas. These teams regularly and intentionally collaborate and exchange information between their practice areas to improve the quality of representation for all of our clients.

— page 1 —



**Arnold Law Firm
Biography**

(continued)

For over four decades the Arnold Law Firm has developed a respected and extensive network of co-counsel and experienced contract counsel to rapidly expand our capabilities as necessary on an *ad hoc* basis (e.g., document review). We employ a robust staff of highly qualified and experienced legal staff including assistants and paralegals to ensure that attorney time is spent in the most efficient manner possible.

The Arnold Law Firm employs technology to increase productivity thereby resulting in more efficient and effective legal representation and driving excellent results on behalf of its clients. Specifically, the firm increases its efficiency by using numerous forms of legal and practice management software including template software, client management software, and secure internet-based client management for mass tort or multi-plaintiff litigation. We also invest in appropriate billing and tracking software for contemporaneous hourly record keeping.

The Arnold Law Firm places substantial value on representing clients in a manner that is both effective and courteous. Integrity with clients, the courts, and adverse counsel are all considered to be as indispensable as successful results.

Our highly accomplished counsel has a long history of successfully handling class actions across a range of industries, including data breach cases.



**M. Anderson Berry Biography**



The Arnold Law Firm has a proven track record of success and the ability to work efficiently and cooperatively with others. In addition, our firm has the availability and resources necessary to litigate complex class actions.

### M. Anderson Berry

M. Anderson Berry heads the data breach complex litigation and *qui tam* practices for the Arnold Law Firm. He brings substantial experience in complex litigation matters with a history of litigating in an efficient and practical manner, including as Lead Class Counsel, Co-Lead Class Counsel, and as a member of numerous Plaintiffs' Executive Committees.

Mr. Berry has an extensive background in privacy and consumer/government fraud litigation, actively participating in a currently sealed False Claims Act case involving widespread cybersecurity fraud upon the United States, and the class action litigations filed in federal and state courts across the nation, set out below.

Before joining the Arnold Law Firm in 2017, Mr. Berry worked as an Assistant United States Attorney for the Eastern District of California. As part of the Affirmative Civil Enforcement unit, Mr. Berry handled a wide variety of complex cases and recovered millions of dollars for the United States.

Before working for the Department of Justice, Mr. Berry practiced at one of the world's largest law firms, Jones Day, where he represented clients in international arbitration and complex commercial litigation, including defending class action allegations.

Mr. Berry was first selected as the Northern California Super Lawyers Rising Star in 2015 in the field of complex civil litigation.



**M. Anderson Berry Biography**

(continued)

Mr. Berry attended the University of California, Berkeley, where he majored in English and graduated with highest honors. Mr. Berry was inducted into the Phi Beta Kappa Honor Society and served as President of the English Undergraduate Associate.

After working as a private investigator for both criminal and civil investigations in the San Francisco Bay Area, Anderson graduated from U.C. Berkeley School of Law, where he was a Senior Editor for both the *Berkeley Journal of Criminal Law* and *Berkeley Journal of International Law*.

He was admitted to the California Bar in 2009 and is admitted to practice in the Northern, Eastern, Southern and Central Districts of California. Mr. Berry is also admitted to practice in the Northern District of Illinois, the Eastern District of Michigan, the Northern and Southern Districts of Indiana, the Districts of Colorado and Nebraska, and the Fourth and Ninth Circuit Courts of Appeals.

Mr. Berry was raised in Moraga, California and now lives in Fair Oaks, California, with his wife and three young sons.

### Select Data Breach Cases

*In re: Fred Hutchinson Cancer Center Data Breach Litig.,* 23-2-24266-1 SEA (Wash Super, King) (**Co-Lead Counsel**)

*Hasbrook v. EP Global Production Solutions, LLC,* No. 23STCV19711 (Sup. Crt of CA, Los Angeles) (**Co-lead Counsel**)

*In Re: Snap Finance Data Breach*, 2:22-cv-00761-TS-JCB (D.UT.) (**Co-Lead Counsel**)

*Ware v. San Gorgonio Memorial Hosp.,* CVRI2301216 (Sup. Crt of CA, Riverside) (**Co-Lead Counsel**)

*In Re: Overby-Seawell Co. Customer Data Security Breach Lit.,* 1:23-md-03056-SDG (N.D. Ga.) (**Co-Lead Counsel**)

*Holmes v. Elephant Insurance Company, et al*., 3:22-cv-00487-JAG (E.D. VA.) (**Co-Lead Counsel**)

*In Re: Arthur J. Gallagher Data Breach Litigation,* 1:21-cv-04056 (N.D.Ill.) (**Co-Lead Counsel**)



**M. Anderson Berry Biography**

(continued)

*In Re: CaptureRx Data Breach Litigation*, 5:21-cv-00523 (W.D.TX.) (**Co-Lead Counsel**)

*Rossi v. Claire's Stores, 1*:20-cv-05090 (N.D. Il.) (**Co-Lead Counsel**)

*Desue v. 20/20 Eye Care Network, Inc. et al.,* 0:21-cv-61275 (S.D. Fla.) (**Executive Comm.**)

*In re: Mednax Services, Inc. Customer Data Security Breach Litigation,* 21-MD-02994 (S.D. Fl.) (**Executive Comm.**)

In re Lakeview Loan Servicing Data Breach Litigation, Case No. 1:22-cv-20955-DPG (S.D. Fla.) (**Executive Comm.**)

*Swan v. North American Breaker Company, LLC,* Case No. 2:25-cv-02002-HDV-KES (C.D. Ca.) (**Co-Lead Counsel**)

*Margul v. Evolve Bank & trust,* Case No. 1:24-cv-03259-DDD (D. Co.) (**Co-Lead Counsel**)

*Pace v. Omni Family Health*, Case No. 1:24-cv-01277-JLT (E.D. Cal.) (**Co-Lead Counsel**)

*In re Avis Rent A Car System, LLC Security Incident Litigation,* Case No. 2:24-cv-09243-JXN (D. N.J.) (**Co-Lead Counsel**)

*Kersey v. Therapeutic Health Services*, Case No. 24-2-17679-9 (Wash. Super., King Cty) (**Lead Counsel**)

*Cordell v. Patelco Credit Union*, Case No. 24CV082095 (Sup. Crt. Of CA, Alameda) (**Co-Lead Counsel**)

*In re: Panera Data Security Litigation*, Case No. 4:24-cv-847-HEA (E.D. Mo.) (**Co-Lead Counsel**)

*In Re: CaptureRx Data Breach Litigation*, Case No. 5:21-cv-00523 (W.D. Tx.) (**Co-Lead Counsel**)

*Garcia v. Washington State Department of Licensing,* Case No. 22-2-05635-5 (Wash. Super., King Cty) (**Co-Lead Counsel**)

— page 5—



**M. Anderson Berry
Biography**

(continued)

*Burgin et al. v. Housing Authority of the City of Los
Angeles*, No. 23STCV06494 (Super. Ct. of CA, Los Angeles)
(**Co-Lead Counsel**)

*In re: Signature Performance Data Breach Litig.*, No. 8:24-
cv-00230-BBCB-MDN (D. Neb.) (**Co-Lead Counsel**)

*In re: Prospect Medical Holdings, Inc. Data Breach*, No.
2:23-cv-03216-WB (E.D. Pa.) (**Co-Lead Counsel**)

*In Re: Eureka Casino Breach Litig.*, No. 2:23-cv-00276-CDS-
DJA (D. Nev.) (**Co-Lead Counsel**)

*In re: Cerebral, Inc. Privacy Practices*, No. 2:23-cv-01803-
FMO (C.D. Ca.) (**Liaison Counsel**)

*In re: Sequoia Benefits and Insurance Data Breach Litig.*,
No. 3:22-cv-08217-RFL (N.D. Cal.) (**Executive Comm.**)

*Smith v. Apria Healthcare, LLC*, No. 1:23-cv-01003-JPH-
KMB (S.D. Ind.) (**Executive Comm.**)

*Dudurkaewa et al. v. Midfirst Bank, et al.,* 5:23-cv-00817-R
(W.D. Ok.) (**Executive Comm.**)

*Mcauley, et al. v. Pierce College District*, No. 23-2-11064-7
(Wash Super., Pierce) (**Executive Comm.**)

*In Re: Proliance Surgeons Data Breach Litig.*, No. 23-2-
23579-7 SEA (Wash Super., King) (**Executive Comm.**)

*Gates v. Western Washington Medical Group*, No. 23-2-
08498-31 (Wash Super., Snohomish) (**Executive Comm.**)

*Hulse v. Acadian Ambulance Service, Inc.*, Case No. 6:24-cv
-01011-DCJ (W.D. La.) (**Executive Comm.**)

*In re Lakeview Loan Servicing Data Breach Litigation,* Case
No. 1:22-cv-20955-DPG (S.D. Fla.) (**Executive Comm.**)

*In re Landmark Admin LLC Data Incident Litigation*, Case
No. 6:24-cv-082-H (N.D. Tx.) (**Executive Comm.**)

*Garcia v. Set Forth, Inc.*, Case No. 24-CV-11688 (N.D. Ill.)
(**Executive Comm.**).

— page 6—



**Gregory Haroutunian Biography**



**Gregory Haroutunian**

Gregory Haroutunian is the Senior Associate of the data breach complex litigation and *qui tam* practices for the Arnold Law Firm. He brings substantial experience in complex litigation matters with a history of litigating in an efficient and practical manner.

Mr. Haroutunian has an extensive background in complex litigation, privacy and consumer/government fraud litigation, actively participating in a currently sealed False Claims Act case involving widespread cybersecurity fraud upon the United States, and the class action litigations filed in federal courts across the nation, set out below.

Before joining the Arnold Law Firm in 2021, Mr. Haroutunian worked in diverse practices across the nation including litigating dozens of products liability medical device cases in state and federal courts throughout the country and employment and construction related complex class-action and surety bond litigations involving multi-million dollar settlements throughout New York and New Jersey.

Mr. Haroutunian attended Columbia College, Columbia University, where he majored in Political Science and served with the New York State Senate Minority Leader's Office.

After working as a paralegal for a small general litigation and elder law firm in New York City, Gregory attended the Georgetown University Law Center where he graduated *cum laude*. While at Georgetown Gregory held a year-long judicial internship under Chief Administrative Law Judge Ronnie A. Yoder of the United States Department of Transportation and served as a legal intern at the National Whistleblowers' Center and the firm Kohn, Kohn, & Colapinto where he had his first experiences in *qui tam* and fraud cases.

Work that Mr. Haroutunian did at Georgetown comparing and analyzing aviation regulations was subsequently published in the Law Journal of the Pacific.

— page 7—



**Gregory Haroutunian Biography (cont.)**

He was admitted to the New Jersey and New York Bars in 2013 and the California Bar in 2020 and is admitted to practice in the Northern, Eastern, Southern, and Central Districts of California, the Southern and Northern Districts of New York, and the District of New Jersey. Mr. Haroutunian is also admitted to practice in the Southern and Northern Districts of Indiana and the District of Colorado.

Mr. Haroutunian has been separately appointed Lead Counsel or Liaison Counsel in the following matters:

*In re F21 OPCO, LLC Data Breach Litigation,* No. 2:23-cv-07390-MEMF-AGR (C.D. Cal.) (**Co-Lead Counsel**)

*Benavides v. HopSkipDrive, Inc.,* No. 23STCV31729 (Cal. Super. LA County) (**Co-Lead Counsel**)

*In re  Avis Rent a Car System, LLC Security Incident Litigation,* No. 2:24-cv-09243 (D.N.J.) (**Co-Lead Counsel**)

*In re SAG Health Data Breach Litig.,* No. 2:24-cv-10503-MEMF-JPR (C.D. Cal.) (**Co-Lead Counsel**)

*Accurso v. Western Electrical Contractors Assoc.,* No. 24CV017855 (Cal. Super. Sacramento County) (**Liaison Counsel**)

Mr. Haroutunian was raised in Montvale, New Jersey.



**Brandon P. Jack Biography**



**Brandon P. Jack**

Brandon P. Jack is a Senior Associate in the Data Breach, Complex Litigation, and *qui tam* practice at the Arnold Law Firm. He brings a wealth of experience in high-stakes litigation and is known for his strategic, efficient, and results-driven approach.

Mr. Jack has an extensive background in complex litigation, privacy and consumer/government fraud litigation, actively participating in numerous data privacy and cybersecurity matters in federal courts across the nation.

Before joining the Arnold Law Firm in 2023, Mr. Jack served as a civil defense attorney representing clients in a wide range of business, construction, contract, and employment disputes—consistently securing favorable outcomes. His strong litigation background has made him an essential asset to the firm's complex litigation and *qui tam* practices .

Mr. Jack attended the University of California Santa Barbara where he majored in philosophy and minored in technology business management. After receiving his bachelor's degree, Mr. Jack attended the McGeorge School of Law, where he received his juris doctorate with concentrations in business and tax law.

Mr. Jack was admitted to the California Bar in 2019 and is admitted to practice in the Northern, Eastern, and Central Districts of California. He is also admitted to practice in the District of Colorado and the Southern District of Indiana.

Mr. Jack specializes in consumer protection, data breach, cybersecurity, and privacy class action and complex litigation on behalf of plaintiffs and has been involved in several high-profile data breach cases.

Mr. Jack was raised in El Dorado Hills, California.

# EXHIBIT B

**SJG**

STRANCH, JENNINGS & GARVEY
PLLC

# Privacy Litigation

**Security breach notification laws require entities to notify their customers or citizens when they have experienced a data breach and to take certain steps to deal with the situation. This gives these individuals the opportunity to mitigate personal risks resulting from the breach and minimize potential harm, such as fraud or identity theft. Currently, all 50 states, along with the District of Columbia and three U.S. territories, have adopted notification laws requiring notification when a breach has occurred.**

- **In re: Anthem, Inc. Data Breach Litig., MDL 2617 LHK** (N.D. California, 2016). The firm served as counsel for plaintiffs in a coordinated action consisting of nationwide cases of consumers harmed by the 2015 criminal hacking of servers of Anthem, Inc. containing more than 37.5 million records on approximately 79 million people receiving insurance and other coverage from Anthem's health plans. The case settled in 2017 for $115 million, the largest healthcare data breach in U.S. history, and has received final approval.

- **In re: MGM International Resorts Data Breach Litigation** (D. Nevada). Two separate data breaches by cybercriminals against MGM Resorts International (MGM) in 2019 and 2023 resulted in the exposure of private information of tens of millions of MGM guests. Following both incidents, multiple lawsuits were filed. In July 2024, plaintiffs in the lawsuits agreed to participate in joint mediation — In re: MGM International Resorts Data Breach Litigation. In October 2024, the plaintiffs filed a notice of settlement, notifying the court that all parties were able to resolve the cases. On. Jan. 22, 2025, Nevada District Judge Gloria M. Navarro issued an order granting plaintiffs' unopposed motion for preliminary approval of a $45 million class action settlement in the case. The final approval hearing is scheduled for June 18, 2025. J. Gerard Stranch, founding and managing member, served as a co-lead for the 2023 case leadership team.

- **Monegato v. Fertility Centers of Illinois, PLLC, Case No. 2022 CH 00810** (Cook County Circuit Court). The firm served as class counsel in a case brought on behalf of approximately 80,000 individuals whose personal information was involved in a February 2021 data breach. A settlement with a total estimated value of $14.5 million was negotiated. Final approval was granted by the Cook County, Illinois Circuit Court in April 2023.

- **In re: Evolve Bank & Trust Customer Data Security Breach Litigation, MDL 2:24-md-03127** (W.D. Tennessee) (J. Lipman). Serving as lead counsel for the class, SJ&G's Founding and Managing Member J. Gerard Stranch secured an $11.8 million settlement for the plaintiffs. This multidistrict litigation followed a data breach by cybercriminals against Evolve Bank & Trust that resulted in the theft of personal banking data of bank customers as well as Evolve fintechs' customers. Following the breach, multiple class action lawsuits were filed against the defendant and Evolve fintechs. The cases were consolidated in October 2024.

- **In re: CorrectCare Data Breach Litigation, 5:22-319-DCR** (E.D. Kentucky). J. Gerard Stranch, founding and managing member, served as class counsel in this class action lawsuit that resulted in a $6.49 million settlement, providing affected individuals up to $10,000 in reimbursement for documented losses related to the breach. The suit was the result of a 2022 data breach that exposed sensitive health data of more than 391,000 individuals.

- **In re: Owens, et al. v. U.S. Radiology Specialists, et al., Case No. 22 CVS 17797** (Mecklenburg, North Carolina, Supreme Court). The firm served as plaintiffs' counsel in action brought on behalf of approximately 1.3 million individuals whose sensitive, personal information was potentially compromised in defendants' December 2021 data security incident. Along with co-counsel, the firm negotiated a $5,050,000 non-reversionary common fund settlement including pro rata cash payments, reimbursement of up to $5,000 for out-of-pocket expenses traceable to the data breach per person, compensation for lost time and verified fraud reimbursement. Preliminary approval pending.

- **Weigand, et al. v. Group 1001 Insurance Holdings LLC, et al.,** 1:23-cv-01452 (S.D. Indiana). The firm helped achieve a $4.76 million settlement resulting from a February 2023 data breach allegedly caused by Group 1001 failing to provide reasonable cybersecurity practices.

- **McKenzie et al. v. Allconnect, Inc., 5:18-cv-00359** (E.D. Kentucky) (J. Hood). The firm served as class counsel in an action brought on behalf of more than 1,800 current and former employees of Allconnect, Inc., whose sensitive information contained in W-2 statements was disclosed to an unauthorized third party who sought the information through an email phishing scheme. The firm negotiated a settlement providing for direct cash payments to all class members, credit monitoring and identity theft protection plan at no cost, capped reimbursement of documented economic losses incurred per class member and other remedial measures. The approximately $2.2 million settlement value is one of the largest per capita recoveries in a W-2 phishing litigation.

- **Winsouth Credit Union v. Mapco Express Inc., and Phillips v. Mapco Express, Inc. Case Nos. 3:14-cv-1573 and 1710** (M.D. Tennessee) (J. Crenshaw). The firm served as liaison counsel in consumer and financial institution action stemming from the 2013 hacking of computer systems maintained by Mapco Express, Inc. The cases settled in 2017 for approximately $2 million.

- **Joyner v. Behavioral Health Network, Inc., No. 2017CV00629** (Massachusetts Supreme Court). A non-reversionary common fund of $1,200,000 was established to provide credit monitoring, and cover claims of economic loss up to $10,000 and non-economic loss up to $1,000 for lost time for each of the approximately 133,237 class members.

- **Larson v. Aditi Consulting, LLC, Case No. 22-2-03572-2 SEA** (King County, Washington, Supreme Court). Final approval was granted July 14, 2023.

- **Carr v. South Country Health Alliance, Case No. 74-CV-21-632** (Steele County, Minnesota District Court). Final approval was granted Nov. 6, 2023.

- **Reese v. Teen Challenge Training Center, Inc., Case No. 210400093** (Philadelphia County, Pennsylvania Court of Common Pleas). **Final approval pending.**

## ATTORNEYS IN THIS PRACTICE AREA

     

**Colleen Garvey**   **Andrew E. Mize**   **Emily E. Schiller**   **Miles M. Schiller**   **J. Gerard Stranch IV**   **Grayson Wells**



# J. Gerard Stranch IV

FOUNDING AND MANAGING MEMBER

**Gerard Stranch is the managing member at Stranch, Jennings & Garvey, PLLC (SJ&G). A third-generation trial lawyer, he leads the firm's class action and mass tort practice groups. His additional areas of practice include bank fees, data breaches, wage and hour disputes, worker adjustment and retraining notification, personal injury and trucking wrecks.**

Mr. Stranch has served as lead or co-lead counsel for the firm in numerous cases, including:

- lead trial attorney in the Sullivan Baby Doe case (originally filed as Staubus v. Purdue) against U.S. opioid producers Endo Health Solutions Inc. and Endo Pharmaceuticals Inc., resulting in a $35 million settlement agreement, the largest per capita settlement achieved by any prosecution with Endo to date;

- personally appointed to the steering committee of the In re: Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litigation, resulting in approximately $17 billion in settlements, the largest consumer auto settlement and one of the largest settlements in any matter ever;

- the executive committee In re: Dahl v Bain Capital Partners (anti-trust), resulting in a $590.5 million settlement;

- personally appointed to the steering committee In re: New England Compounding Pharmacy, Inc., resulting in more than $230 million in settlements; and

- appointed as co-lead counsel In re: Alpha Corp. Securities litigation, resulting in a $161 million recovery for the class.

A 2000 graduate of Emory University, Mr. Stranch received his J.D. in 2003 from Vanderbilt University Law School, where he teaches as an adjunct professor about the practice of civil litigation. He led the opioid litigation team in the Sullivan Baby Doe suit, for which the team won the 2022 Tennessee Trial Lawyer of the Year award. Mr. Stranch has been listed as one of the Top 40 Under 40 by the National Trial Lawyers Association and as a Mid-South Rising Star by Super Lawyers magazine.

## PHONE
615.254.8801

## EMAIL
gstranch@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS

- Class Action
- Mass Tort
- Bank Fees
- Data Breaches
- Wage and Hour Disputes
- Worker Adjustment and Retraining Notification
- Personal Injury
- Trucking Wrecks

## EDUCATION

- Vanderbilt University Law School (J.D., 2003)
- Emory University (B.A., 2000)

## BAR ADMISSIONS

- Tennessee
- U.S. District Court Western District of Tennessee
- U.S. District Court Middle District of Tennessee
- U.S. District Court Eastern District of Tennessee
- U.S. 6th Circuit Court of Appeals
- U.S. 8th Circuit Court of Appeals
- U.S. 9th Circuit Court of Appeals
- U.S. District Court District of Colorado

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*
- Super Lawyers Mid-South Rising Star
- Tennessee Trial Lawyer of the Year
- Top 40 Under 40, National Trial Lawyers Association

*Memberships*
- Public Justice
- Nashville Bar Association
- Tennessee Bar Association
- American Association for Justice
- Tennessee Association for Justice
- Lawyer's Coordinating Committee of the AFL-CIO
- General Counsel Tennessee AFL-CIO and Federal Appointment, Coordinator
- General Counsel Tennessee Democratic Party
- National Trial Lawyer
- Board of Directors, Cumberland River Compact
- Board of Governors, Tennessee Trial Lawyers Association

## PRESENTATIONS

- Mr. Stranch regularly speaks at conferences on issues ranging from in-depth reviews of specific cases to developments in the law, including in mass torts, class actions and voting rights.

- Mr. Stranch is one of the founding members of the Cambridge Forum on Plaintiff's Mass Tort Litigation and regularly presents at the forum.

## LANGUAGES

- English
- German





# Grayson Wells

ATTORNEY

**Grayson Wells joined Stranch, Jennings & Garvey in early 2024. He specializes in complex civil litigation, including data breach and privacy class actions in both state and federal court.**

Prior to joining the firm, Mr. Wells served as a litigation associate at the Nashville office of Bradley Arant Boult Cummings LLP. After earning his law degree from Indiana University Maurer School of Law in 2020, Mr. Wells served for two years as a law clerk to the Honorable Iain D. Johnston, U.S. District Judge for the Northern District of Illinois.

Before becoming a lawyer, Mr. Wells spent more than a decade as a network infrastructure engineer, both in the military and the private sector. In addition to his law degree, he received a master of science degree in cybersecurity risk management from Indiana University and a bachelor of science in computer science from Park University.

## PHONE
615.254.8801

## EMAIL
gwells@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS
- Class Action
- Civil Litigation
- Privacy Litigation
- Cybersecurity Litigation

## EDUCATION
- Indiana University Maurer School of Law (J.D., magna cum laude, 2020)
  - Executive Articles Editor, Indiana Law Journal
  - President and Founder, Cybersecurity and Privacy Law Association
  - Dean's Writing Fellow
  - Community Legal Clinic
- Indiana University (M.S. in Cybersecurity Risk Management, 2020)
- Park University (B.S. in Computer Science, summa cum laude, 2010)

## CLERKSHIPS
- Hon. Iain D. Johnston, U.S. District Court, Northern District to Illinois, Western Division

## BAR ADMISSIONS
- Missouri
- Tennessee
- U.S. District Court – District of Colorado
- U.S. District Court – Eastern District of Missouri
- U.S. District Court – Eastern District of Tennessee
- U.S. District Court – Middle District of Tennessee
- U.S. District Court – Western District of Tennessee
- U.S. District Court – Eastern District of Wisconsin
- U.S. District Court – Western District of Wisconsin
- U.S. 6th Circuit Court of Appeals

## MEMBERSHIPS
- American Bar Association
- Tennessee Bar Association
- Nashville Bar Association

## PRESENTATIONS AND PUBLISHED WORKS
- "What's the Harm? Federalism, the Separation of Powers, and Standing in Data Breach Litigation," Comment, 96 Ind. L.J. 937, (Spring 2021)
- "Data Security, Professional Perspective – Complying with the FTC's Amended Safeguards Rule," Bloomberg Law (Robert Maddox, Erin Illman, Courtney Achee and Grayson Wells), (June 2023)



STRANCH, JENNINGS & GARVEY
PLLC



# Colleen Garvey

ATTORNEY

**St. Louis native Colleen Garvey joined Stranch, Jennings & Garvey in 2022. Ms. Garvey previously worked at a top insurance defense firm in St. Louis, where she primarily practiced in premises liability, personal injury and catastrophic loss claims. She brings a unique perspective and desire to strongly advocate for those who have experienced injustice or harm.**

Ms. Garvey earned her J.D. in 2020 from Saint Louis University School of Law. While attending law school, she worked as a law clerk at a plaintiff's firm for two years; served as a teaching fellow mentor for first-year law students; clerked for Judge Colleen Dolan on the Missouri Court of Appeals in the Eastern District; and, by invitation, served as a member of the prominent Theodore McMillian American Inn of Court. She also practiced as a Rule 13 certified law student for Saint Louis University's Criminal Law Clinic, representing indigent clients in criminal matters before state and federal judges.

Ms. Garvey graduated *magna cum laude* in 2016 from Rockhurst University in Kansas City, Missouri, with a B.A. in Psychology and a B.A. in English, and competed as a collegiate scholar athlete on the Rockhurst women's golf team.

Ms. Garvey resides in the City of St. Louis with her pet axolotl, Jerry. In her free time, she enjoys traveling and playing pickleball with her friends and family.

**PHONE**
314.390.6750

**EMAIL**
cgarvey@stranchlaw.com

**LOCATION**
Peabody Plaza
701 Market Street
Suite 1510
St. Louis, MO 63101

**PRACTICE AREAS**

- Mass Torts
- Personal Injury
- Class Action Litigation and Complex Litigation
- General Civil Litigation
- Privacy Litigation

**EDUCATION**

- Saint Louis University School of Law (J.D., 2020)
- Rockhurst University (B.A., *magna cum laude*, 2016)

**CLERKSHIP**

- Hon. Colleen Dolan on the Missouri Court of Appeals in the Eastern District

**BAR ADMISSIONS**

- Missouri
- Illinois
- U.S. District Court for the Eastern District of Missouri

**EXPERIENCE**

*Representative Case*

- In re: Gill v. Abbott Laboratories, No. 2322-CC01251 (22nd Judicial Circuit Court of Missouri). A closely watched necrotizing enterocolitis (NEC) baby formula bellwether trial culminated in a $495 million judgment against Abbott Laboratories, a verdict that could affect many other lawsuits awaiting litigation in state and federal courts throughout the U.S.

**PROFESSIONAL HONORS & ACTIVITIES**

*Awards*

- 2023 Missouri & Kansas Super Lawyers® Class Action/Mass Torts Rising Stars
- 2023 National Trial Lawyers Civil Plaintiff Top 40 Under 40 Trial Lawyers in the state of Missouri

**COMMUNITY INVOLVEMENT**

- Missouri State Public Defender System's Coalition for the Right to Counsel Program (*pro bono* representative, 2020 – present)



STRANCH, JENNINGS & GARVEY
PLLC



# Andrew E. Mize

ATTORNEY

**Andrew Mize joined Stranch, Jennings & Garvey (previously Branstetter, Stranch & Jennings) in 2021 and concentrates his practice in areas of complex civil litigation, including class actions, labor law and administrative law.**

Mr. Mize has more than a decade of experience in the fields of personal injury litigation, education law and special education law, in civil rights law, including 42 U.S.C. § 1983, and in misdemeanor and felony criminal defense. Mr. Mize has represented clients in state and federal court at the trial and appellate levels, with a singular focus on obtaining the best results for clients. Prior to joining the firm, he was a partner at Gordon & Mize, LLP, in Louisville, Kentucky.

Mr. Mize graduated *cum laude* from the University of Louisville, Louis D. Brandeis School of Law in 2011, where he was a member of the University of Louisville Law Review. During law school, he was a member of Phi Alpha Delta Law Fraternity and the National Lawyers Guild, and spent his summers interning with the Kentucky Department of Public Advocacy. He earned a Bachelor of Arts from Centre College in 2008, with double majors in government and history, and double minors in international studies and political economy. While in college, he was a member of Beta Theta Pi.

Mr. Mize lives in Louisville, Kentucky, with his wife, who is an accountant. His interests include history, shooting sports, art, the outdoors and travel.

## PHONE
615.254.8801

## EMAIL
amize@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS

- Civil Litigation
  - Class Actions
  - Labor law
  - Personal injury
  - Education and special education law
  - Civil rights
  - Administrative law matters
- Appellate Practice
- Criminal Law

## EDUCATION

- Louis D. Brandeis School of Law, University of Louisville (J.D., *cum laude*, 2011)
- Centre College, B.A. (2008)
- Culver Military Academy (2004)

## BAR ADMISSIONS

- Kentucky
- U.S. District Court for the Western District of Kentucky
- U.S. 6th Circuit Court of Appeals

## EXPERIENCE

Representative cases:

- Obtained reversal of District Court grant of summary judgment to defendant school board and employees in case involving disability discrimination of a child from the U.S. Court of Appeals for the Sixth Circuit, *Clemons v. Shelby Cty. Bd. of Educ.*, 19-5846, 818 Fed.Appx. 453 (6th Cir. 2020)
- Favorable resolution of medical malpractice action involving plaintiff injured during gynecological surgery, resulting in significant damages
- Highly favorable resolutions in numerous cases involving minor students injured at school due to negligence supervision, including bullying and discrimination

## PROFESSIONAL HONORS & ACTIVITIES

*Memberships*

- Kentucky Bar Association

## PRESENTATIONS, SEMINARS & PUBLISHED WORKS

- *When Lady Justice Sought Her Sight: Judicial Selection in Kentucky in Light of Recent Trends and Carey v. Wolnitzek*, 50 U. LOU. L. REV. 383 (2011).



STRANCH, JENNINGS & GARVEY
PLLC



# Emily E. Schiller

ATTORNEY

**Before joining Stranch, Jennings & Garvey, Emily Schiller served as a federal clerk for the Hon. Rebecca Grady Jennings in the Western District of Kentucky. Prior to her two-year clerkship, she worked with her lawyer-father, where she assisted with women's civil rights litigation.**

Ms. Schiller graduated from Tennessee Technological University in 2016 with two STEM degrees and a minor in history. Her first degree is in chemistry with a concentration in biochemistry, and her second is in biology with a concentration in health sciences. She earned her J.D. degree in 2021 from Washington University in St. Louis, where she served as the online content editor for the *Washington University Law Review*.

**PHONE**
615.903.4041

**EMAIL**
eschiller@stranchlaw.com

**LOCATION**
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS

- Civil Rights
- Intellectual Property
- Class Action
- Privacy Litigation

## EDUCATION

- Washington University in St. Louis School of Law (J.D., 2021)
  - Online Content Editor, *Washington University Law Review*
  - Scholar in Law Scholarship Award
  - Washington Scholarship Award
  - Dean's Scholar Award
  - Dean's Leadership Award
- Tennessee Technological University (Dual Degrees: B.S. in Chemistry, *summa cum laude, in cursu honorum* | B.S. in Biology, *summa cum laude, in cursu honorum*, 2016)
  - Captain William Lafayette Anderson Scholarship
  - Joseph B. Hix Memorial Scholarship
  - Winchester History Scholarship
  - Minor in History

## BAR ADMISSIONS

- Tennessee

## PROFESSIONAL HONORS & ACTIVITIES

*Membership*

- Tennessee Bar Association

## COMMUNITY INVOLVEMENT

- tnAchieves Mentor
- Washington University in St. Louis School of Law Pro Bono Pledge Award
- STEM Outreach events
- Senior citizen technology outreach

## PRESENTATIONS, SEMINARS & PUBLISHED WORKS

*Presentations*

- "Law School and Judicial Clerking: An Overview," Tennessee Technological University (2023)
- "Investigation of the Shape of Atrope Isomers using Dipolar Couplings," Poster session presented at the 251st American Chemical Society National Meeting & Exposition, San Diego, California (2016)
- "The Organic Molecule Synthesis for Use in the Investigation of Atrope Isomer Shapes," Poster session presented at 2015 SERMACS – SWRM, ACS Regional Meeting, Memphis, Tennessee (2015)
- "Differences in Proton NMR Spectra of Methane and Ethane in Varying Solution," Poster session presented at the 249th ACS National Meeting & Exposition, Denver, Colorado (2015)

*Published Works*

- Donald Walker, Emily E. Schiller et al., *Methodological Considerations for Detection of Terrestrial Small-Body Salamander eDNA and Implications for Biodiversity Conservation*, Molecular Ecology Resources, Nov. 2017, at 1223. doi: 10.1111/1755-0998.12667



STRANCH, JENNINGS & GARVEY
PLLC



# Miles M. Schiller

ATTORNEY

**Before joining Stranch, Jennings & Garvey in 2024, Miles Schiller served as a federal clerk for the Hon. Rebecca Grady Jennings in the Western District of Kentucky. Prior to his clerkship, he worked with his lawyer-father, where he assisted with women's civil rights litigation. He also worked with a prominent medical malpractice plaintiff's firm in Knoxville, Tennessee.**

Mr. Schiller graduated from Tennessee Technological University in 2019 with a STEM degree in Psychology and a minor in Biology. He earned his J.D. degree in 2023 from the University of Tennessee, where he served as a member of UT's National Moot Court team and was named the Outstanding Oral Advocate two years consecutively in the National Moot Court Region Seven Championship Round. For his oral advocacy and brief writing on the National Moot Court Team, Mr. Schiller was awarded the American College of Trial Lawyers Medal of Excellence twice, the Center for Advocacy Brief Writing Award twice, and the University of Tennessee College of Law's highest moot court award, the Susan Devitt Moot Court Award.

While in law school, Mr. Schiller received the CALI Award for Excellence for earning the highest grade in both his Trial Practice and Criminal Pretrial Litigation classes, and was inducted into the Order of Barristers honor society for demonstrating excellence in the preparation and presentation of moot appellate argument.

He also worked as a student attorney in the University of Tennessee Law Advocacy Clinic, where he represented low-income individuals in juvenile criminal proceedings and worked to restore disenfranchised voters' rights.

Mr. Schiller resides in the Nashville area with his family. In his personal time, he enjoys photography and rebuilding antique tractors.

**PHONE**
615.254.8801

**EMAIL**
mschiller@stranchlaw.com

**LOCATION**
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS

- Civil Rights
- Class Action
- Cybersecurity Litigation
- Privacy Litigation

## EDUCATION

University of Tennessee College of Law (J.D., *cum laude*, 2023)

- University of Tennessee Law National Moot Court Team (2021-2022)
- CALI Award for Excellence in Trial Practice
- CALI Award for Excellence in Criminal Pretrial Litigation
- University of Tennessee Law Scholarship Award

Tennessee Technological University (B.S. in Psychology, *magna cum laude*, 2019)

- University Academic Service Scholarship
- Minor in Biology

## BAR ADMISSIONS

- Tennessee

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*

- Order of Barristers (2023)
- Susan Devitt Moot Court Award (2023)
- American College of Trial Lawyers Lewis F. Powell Jr. Medal of Excellence (2022, 2023)
- University of Tennessee College of Law's Center for Advocacy Brief Writing Award (2022, 2023)
- Outstanding Oral Advocate, National Moot Court Region 7 Championship (2021, 2022)
- Best Oralist, Ray H. Jenkins Trial Competition Championship (2021)

*Membership*

- Tennessee Bar Association

## PRESENTATIONS, SEMINARS & PUBLISHED WORKS

*Presentations*

- Schiller, M.M., & Kazanas, S.A. (2019, November). *Social Anxiety and False Memory: New Insights for the Mood Induction Literature.* Poster presented at the 60th Psychonomic Society Annual Meeting, Quebec, Canada.
- Hazleton, S.G., Reeder, A.M., Schiller, M.M., Treece, C.A., Bethke, L.M., Bullion, M.T., & Kazanas, S.A. (2019, May) *Addressing Psychology's Replication Crisis in the Classroom: Students' Quantitative and Qualitative Changes across the Semester.* Poster presented at the 31st Annual Convention of the Association for Psychological Science, Washington, D.C.

*Published Works*

- Schiller, M.M., & Kazanas S.A. (2019) Selective Attending. In: *Shackelford T., Weekes-Shackelford V. (eds) Encyclopedia of Evolutionary Psychological Science.* Springer, Cham.



**SJG**

STRANCH,
JENNINGS
& GARVEY
PLLC