M. Anderson Berry (SBN 262879)
Gregory Haroutunian (SBN 330263)
**EMERY REDDY, PC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Telephone: (916) 823-6955
anderson@emeryreddy.com
gregory@emeryreddy.com

J. Gerard Stranch, IV
Robert Bruce Grayson Kent Wells
**STRANCH, JENNINGS & GARVEY**
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw.com

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| SHEA HOOVER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASM GLOBAL PARENT, INC.,<br><br>Defendant. | Case No. 2:24-cv-10794-WLH-PVC<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARD TO PLAINTIFF**<br><br>Date:   January 30, 2026<br>Time:   8:30 a.m.<br>Ct. Rm: 9B<br>Judge:  Hon. Wesley L. Hsu |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OD RECORD:**

**PLEASE TAKE NOTICE THAT** on January 30, 2026, at 8:30 AM, or as soon thereafter as counsel may be heard, before the Honorable Wesley L. Hsu, at First Street U.S. Courthouse, 350 West 1st Street, Courtroom 9B, Los Angeles, California 90012, Plaintiff will and hereby do move this Court, pursuant to Federal

Rule of Civil Procedure 23, for an order granting Plaintiff's Motion for Attorneys' Fees, Expenses, and Service Award to Plaintiff.

Plaintiff bases his Motion for Attorneys' Fees, Expenses, and Service Award to Plaintiff on: this Notice; the Memorandum of Points and Authorities filed in support thereof; the Joint Declaration of Gregory Haroutunian and Grayson Wells in Support of Plaintiff's Motion for Attorneys' Fees, Expenses, and Service Award to Plaintiff; Plaintiff Shea Hoover's Declaration in Support of Plaintiff's Motion for Attorneys' Fees, Expenses, and Service Award to Plaintiff; and all other records and papers on file in this action; any oral argument on the Motion; and all other matters properly before the Court.

This Motion is unopposed and is made following the conference of counsel pursuant to L.R. 7-3 which took place during settlement negotiations on numerous dates beginning on or about December 13, 2024, and concluding on June 25, 2025.

DATED: November 17, 2025         Respectfully Submitted,

*/s/ Gregory Haroutunian*
M. Anderson Berry (SBN 262879)
Gregory Haroutunian (SBN 330263)
**EMERY REDDY, PC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Telephone: (916) 823-6955
anderson@emeryreddy.com
gregory@emeryreddy.com

J. Gerard Stranch, IV
Robert Bruce Grayson Kent Wells
**STRANCH, JENNINGS & GARVEY**
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw.com

*Attorneys for Plaintiff and Settlement Class Counsel*

**CERIFICATE OF SERVICE**

I hereby certify that on November 17, 2025, a true and correct copy of the foregoing document has been served upon all counsel of record via CM/ECF.

*/s/ Gregory Haroutunian*
Gregory Haroutunian, Esq.